HOPE M. POMERANTZ, ESQ.
80 Park Plaza, T5E
Newark, NJ  07101
(973) 430-8669
Attorney for Defendant,
Public Service Electric and Gas Company

| | |
|---|---|
| CHRISTY A. LINDE,<br><br>      Plaintiff,<br><br>  v.<br><br>Public Service Electric and Gas Company A/K/A PSE&G,<br><br>      Defendant. | UNITED STATES DISTRICT COURT<br>  DISTRICT OF NEW JERSEY<br><br>Civil Action No: 04cv2743(JBS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  This matter in dispute having been amicably resolved, plaintiff Christy A. Linde and defendant Public Service Electric and Gas Company hereby agree and stipulate that Plaintiff's claims against Defendant are hereby dismissed with prejudice in their entirety and without costs.


    Attorney for Plaintiff        Attorney for Defendant
                   PUBLIC SERVICE ELECTRIC AND
                      GAS COMPANY


By:_____    By:_____
 Katherine D. Hartman, Esq.      Hope M. Pomerantz, Esq.